UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JORGE ROMAN VASQUEZ, | Case No. 16-CV-3130 (PJS/TNL) |
| Petitioner, | |
| v. | ORDER |
| STATE OF MINNESOTA, | |
| Respondent. | |

Jorge Roman Vasquez, pro se.

Kathryn M. Keena, DAKOTA COUNTY ATTORNEY'S OFFICE, for respondent.

Petitioner Jorge Vasquez was convicted in state court of charges in connection with a drive-by shooting. He now seeks a writ of habeas corpus under 28 U.S.C. § 2254. On November 22, 2016, Magistrate Judge Tony N. Leung issued a Report and Recommendation ("R&R") that recommends dismissing this action without prejudice for failure to exhaust state remedies. ECF No. 9. Vasquez submitted a letter in Spanish, which the Court has had translated, and which the Court construes to be an objection to the R&R. ECF Nos. 10, 11.

Having reviewed the R&R and the underlying record de novo, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b), the Court agrees with Judge Leung's analysis. Accordingly, the Court overrules Vasquez's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES petitioner's objection [ECF Nos. 10, 11] and ADOPTS the R&R [ECF No. 9].  IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies.

2. Petitioner's application to proceed *in forma pauperis* [ECF No. 6] is DENIED.

3. No certificate of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 28, 2016                         s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge